# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOSEPH DOMINICK TUMMINELLO,

    Plaintiff

v.

CAPSTONE ON-CAMPUS
MANAGEMENT, LLC, et al.,

    Defendants

Case No.: 2:25-cv-01740-APG-NJK

**Order Accepting Report and
Recommendation and Dismissing Case**

[ECF No. 31]

On May 18, 2026, Magistrate Judge Koppe recommended that I dismiss this case with prejudice because plaintiff Joseph Tumminello has been given multiple opportunities to amend and has been unable to plausibly allege a claim. ECF No. 31.  Tumminello did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 31) is accepted, and plaintiff Joseph Tumminello's amended complaint (ECF No. 30) is dismissed with prejudice.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 6th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE